RUTAN & TUCKER, LLP
Michael Adams (State Bar No. 185835)
madams@rutan.com
Benjamin Deming (State Bar No. 233687)
bdeming@rutan.com
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiffs APTUS USA, LLC
and DUTCH GARDEN SUPPLIES
INT LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| APTUS USA, LLC and DUTCH GARDEN SUPPLIES INT LLC, | Case No.: 8:16-CV-00413 DOC (KESx) |
|---|---|
| Plaintiffs, | **AMENDED PROOF OF SERVICE** |
| vs. | |
| ROBERT SCHNEIDER, PLANT SCIENCE CONCEPTS, INC., DONNY NUNEZ, and DOES 1 to 20, | |
| Defendants. | |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| MICHAEL D. ADAMS | SBN: 185835<br>RUTAN & TUCKER, LLP<br>611 ANTON BLVD., SUITE 1400<br>COSTA MESA, CA 92626<br>TELEPHONE NO.: (714) 641-5100 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
  STREET ADDRESS: 411 WEST FOURTH ST.
  MAILING ADDRESS:
  CITY AND ZIP CODE: SANTA ANA, CA 92701
  BRANCH NAME:

PLAINTIFF/PETITIONER: APTUS USA, LLC, ET AL.
DEFENDANT/RESPONDENT: ROBERT SCHNEIDER, ET AL.

| PROOF OF SERVICE OF SUMMONS | CASE NUMBER:<br>8:16-cv-00413 DOC (KESx) |
|---|---|
| | Ref. No. or File No.:<br>032923-0001 2314 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet
   e. [ ] Cross-complaint
   f. [X] other *(specify documents)*: CIVIL COVER SHEET; NOTICE OF ELECTRONIC FILING; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

3. a. Party served *(specify name of party as shown on documents served)*:
   ROBERT SCHNEIDER

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 2208 W OCEANFRONT, UNIT B
   NEWPORT BEACH, CA 92663

5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:

   b. [X] by substituted service. On *(date)*: 03/11/2016 at *(time)*: 04:40 pm I left the documents listed in Item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   ROBERT MARC - ROOMMATE

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) [X] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:   from *(city)*:                                          or [X] a declaration of mailing is attached.

   (5) [X] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/2639815CH

| PETITIONER: APTUS USA, LLC, ET AL. | CASE NUMBER: |
|---|---|
| RESPONDENT: ROBERT SCHNEIDER, ET AL. | 8:16-cv-00413 DOC (KESx) |

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ by other means *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                                ☐ other:

7. Person who served papers
  a. Name: FRANK HARRIGAN C/O Nationwide Legal, LLC
  b. Address: 200 W. Santa Ana Blvd., Suite 300 Santa Ana, CA 92701
  c. Telephone number: (714) 558-2400
  d. The fee for service was: $ 713.58
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner    ☐ employee    ☒ independent contractor.
        (ii) Registration No.: 1530
        (iii) County: ORANGE

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 03/17/2016

Nationwide Legal, LLC
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

FRANK HARRIGAN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶   (SIGNATURE)

| Attorney or Party without Attorney:<br>MICHAEL D. ADAMS, SBN: 185835<br>RUTAN & TUCKER, LLP<br>611 ANTON BLVD., SUITE 1400<br>COSTA MESA, CA 92626<br>TELEPHONE No.: (714) 641-5100  FAX No. (Optional): | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: Plaintiffs | Ref No. or File No.:<br>032923-0001 2314 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA -

Plaintiff: APTUS USA, LLC, ET AL.
Defendant: ROBERT SCHNEIDER, ET AL.

| AFFIDAVIT OF<br>DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:16-cv-00413 DOC (KESx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: ROBERT SCHNEIDER

Documents: SUMMONS;COMPLAINT;CIVIL COVER SHEET; NOTICE OF ELECTRONIC FILING; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

| Date | Time | Location | Results |
|---|---|---|---|
| 03/07/2016 | 07:30 pm | Home | GIVEN ADDRESS IS A RESIDENCE. PER CAUCASIAN MALE (25-30 YEARS OLD, 6'2", 190LBS) AND ASIAN FEMALE, THEY HAVE LIVED AT THIS LOCATION FOR ABOUT 3-4 MONTHS. THE NEIGHBOR CONFIRMED THAT THEY JUST MOVED IN. at: 496 ROBINSON DRIVE, TUSTIN, CA 92782 |
| 03/08/2016 | 05:30 pm | Business | GIVEN ADDRESS IS A BUSINESS. LOCATION IS A UPS STORE. PER STAFF, THEY CANT GIVE OUT INFORMATION REGARDING BOX HOLDERS, ONLY THE MANAGER CAN AND HE ISN'T HERE. at: 247310 MOULTON PKWY., O-189, LAGUNA HILLS, CA 92637 |
| 03/09/2016 | 09:00 am | Business | PER STAFF, THEY CANT GIVE OUT INFORMATION, ONLY THE MANAGER CAN BUT HE ISN'T IN YET. at: 247310 MOULTON PKWY., O-189, LAGUNA HILLS, CA 92637 |
| 03/09/2016 | 08:10 pm | Home | GIVEN ADDRESS IS A RESIDENCE. LOCATION IS A OCEAN FRONT, 2 STORY HOUSE RIGHT ON THE BOARDWALK WITH A 2 CAR GARAGE IN THE ALLEYWAY. THE LIGHTS WERE ON IN BOTH TOP AND BOTTOM, A & B APARTMENTS. THERE WAS NO ANSWER AT NEITHER OF THE DOORS. I SAW NO ACTIVITY IN NEITHER A OR B. THERE WAS A JEEP PARKED IN THE A SPOT OF THE GARAGE. at: 2208 W. OCEAN FRONT, UNIT B, NEWPORT BEACH, CA 92663 |
| 03/10/2016 | 07:25 am | Home | THERE WAS NO ANSWER AT EITHER OF THE DOORS. NO LIGHTS WERE ON, THE JEEP WAS STILL IN THE GARAGE, AND NO ACTIVITY WAS SEEN OR HEARD WITHIN THE PREMISES. at: 2208 W. OCEAN FRONT, UNIT B, NEWPORT BEACH, CA 92663 |
| 03/10/2016 | 05:30 pm | Home | THERE WAS NO ANSWER AT EITHER OF THE DOORS. NO LIGHTS WERE ON, THE JEEP WAS STILL IN THE GARAGE, AND NO ACTIVITY WAS SEEN OR HEARD WITHIN THE PREMISES. at: 2208 W. OCEAN FRONT, UNIT B, NEWPORT BEACH, CA 92663 |

Continued on Next Page

AFFIDAVIT OF DUE DILIGENCE

Order#: 2639815CH/DilFormat.mdl

| Attorney or Party without Attorney:<br>MICHAEL D. ADAMS, SBN: 185835<br>RUTAN & TUCKER, LLP<br>611 ANTON BLVD., SUITE 1400<br>COSTA MESA, CA 92626<br>TELEPHONE No.: (714) 641-5100 FAX No. (Optional): E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiffs | |
| Ref No. or File No.: 032923-0001 2314 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA -

Plaintiff: APTUS USA, LLC, ET AL.

Defendant: ROBERT SCHNEIDER, ET AL.

| AFFIDAVIT OF DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 8:16-cv-00413 DOC (KESx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: ROBERT SCHNEIDER

Documents: SUMMONS;COMPLAINT;CIVIL COVER SHEET; NOTICE OF ELECTRONIC FILING; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

| Date | Time | Location | Results |
|---|---|---|---|
| | | | Continued from Previous Page |
| 03/11/2016 | 03:35 pm | Business | I SPOKE WITH CHARLIE, EMPLOYEE OF THE UPS STORE, HE STATED THAT THE SUBJECT HASN'T HAD A BOX AT THIS LOCATION IN YEARS. HE ALSO STATED THAT MANY PEOPLE HAVE COME LOOKING FOR HIM INCLUDING THE FBI AND THE CIA. at: 247310 MOULTON PKWY., O-189, LAGUNA HILLS, CA 92637 |
| 03/11/2016 | 04:40 pm | Home | UPON ARRIVAL TO THE LOCATION I NOTICED A LETTER/PIECE OF MAIL FOR THE SUBJECT. I WENT AROUND BACK TO THE GARAGE AND SAW A WHITE TOYOTA AVALON PARKED IN SPOT B, THERE WAS A MAN INSIDE, HE CONFIRMED THE ADDRESS AND ROBERT STATED THAT HE WAS THE SUBJECT'S ROOMMATE. I SUB-SERVED THE DOCUMENTS ON ROBERT MARC, ROOMMATE. at: 2208 W. OCEAN FRONT, UNIT B, NEWPORT BEACH, CA 92663 |

Fee for Service: 713.58
NATIONWIDE LEGAL
County: ORANGE
Registration No.: 1530
Nationwide Legal, LLC
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 17, 2016.

Signature: _____
FRANK HARRIGAN

AFFIDAVIT OF DUE DILIGENCE

Order#: 2639815CH/DilFormat.mdl

| Attorney or Party without Attorney:<br>MICHAEL D. ADAMS, SBN: 185835<br>RUTAN & TUCKER, LLP<br>611 ANTON BLVD., SUITE 1400<br>COSTA MESA, CA 92626<br>TELEPHONE No.: (714) 641-5100   FAX No. (Optional):<br>Attorney for: Plaintiffs | E-MAIL ADDRESS (Optional):<br><br>Ref No. or File No.:<br>032923-0001 2314 | FOR COURT USE ONLY |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA -

Plaintiff: APTUS USA, LLC, ET AL.
Defendant: ROBERT SCHNEIDER, ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:16-cv-00413 DOC (KESx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS;COMPLAINT;CIVIL COVER SHEET; NOTICE OF ELECTRONIC FILING; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:        March 11, 2016
   b. Place of Mailing:       SANTA ANA, California
   c. Addressed as follows:   ROBERT SCHNEIDER
                              2208 W OCEANFRONT, UNIT B
                              NEWPORT BEACH, CA 92663

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 713.58
Nationwide Legal, LLC
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 17, 2016.

Signature: _Sheri Navarro_
SHERI NAVARRO

PROOF OF SERVICE BY MAIL

Order#: 2639815CH/mailproof